**BLANLOT v. CARBON COAL CO. et al.**

No. 9960.   Opinion Filed Sept. 16, 1919.

(Syllabus by the Court.)

**Appeal and Error—Briefs—Dismissal.**

Where no briefs are filed, as required by rule 7 of this court, the appeal will be dismissed for want of prosecution.

Appeal from Industrial Commission.

Petition of Amel Blanlot against the Carbon Coal Company for compensation for injuries. From award denying compensation, the petitioner appeals. Dismissed.

Jackman A. Dill, for petitioner.

PER CURIAM. From an award of the Industrial Commission denying the petitioner compensation for an alleged injury, petitioner brought this action, filing same in this court on May 22, 1918. The cause was submitted on October, 15, 1918, and petitioner given thirty days' time in which to file briefs. No briefs having been filed and no reason given for failure to file same, the appeal is dismissed under rule 7 of this court (47 Okla. p. vi, 165 Pac. p. vii).